## Cunningham's Estate (No. 2).

Argued April 24, 1905.   Appeal, No. 104, Jan. T., 1905, by
Mary C. Barrows, from order of C. P. Erie Co., Sept. T., 1900,
No. 8, dismissing exceptions to auditor's report in estate of
Anna C. Cunningham, deceased.   Before MITCHELL, C. J.,
DEAN, FELL, BROWN and ELKIN, JJ.   Affirmed.

Exceptions to auditor's report.
The error alleged was in not charging the accountant with
interest on yearly balances in his hands.

*L. E. Torrey*, for appellant.

*J. M. Sherwin,* for appellee.

PER CURIAM, June 22, 1905 :

This is a cross appeal from the same decree already considered in Cunningham's Estate, ante, p. 441. The view of the case there taken disposes of the whole case.

Appeal dismissed at the costs of appellant.